**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CRIMINAL ACTION NO. 18-12-DLB-HAI-1
CIVIL ACTION NO. 19-67-DLB-HAI

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**COURTNEY WEBSTER**                                                    **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the December 13, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Hanly A. Ingram (Doc. # 116), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 93) be denied as withdrawn.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 116) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 93) is hereby **DENIED AS WITHDRAWN**;

1

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 116), the Court determines that there would be no arguable merit for an appeal in this matter, and therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 24th day of January, 2020.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2018\18-12-1 Order Adopting R&R 2255.docx